AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**07 C 6928**

## SUMMONS IN A CIVIL CASE

KALISA GOLDEN,
    Plaintiff

V.

CITY OF CHICAGO and UNIDENTIFIED
CHICAGO POLICE OFFICERS,
    Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

City of Chicago
C/O City Clerk
121 N. LaSalle
Room 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May St. Ste 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_ (signature)
**(By) DEPUTY CLERK**

December 10, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/11/07 |
| NAME OF SERVER *(PRINT)* Anne Gottschalk | TITLE paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant  Place where served: **City of Chicago, c/o City Clerk, 121 N LaSalle Rm 107 Chicago, IL 60602**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  12/11/07
  *Date*  *Signature of Server*

  312 N May St, Ste 100, Chicago IL, 60607
  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure