## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

<u>Golden v. City of Chicago et al.</u>      Case Number:   **07 C 6928**

Judge Pallmeyer

Magistrate Judge Nolan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Meera Werth | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ *Meera Werth* | |
| FIRM <br> City of Chicago Department of Law | |
| STREET ADDRESS <br> 30 N. LaSalle, 10th Fl. | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06187233 | TELEPHONE NUMBER <br> 312-742-7035 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES   NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |