IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KALISA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Nolan |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al. | ) | 07 C 6928 |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves this Court for an extension of time to answer or otherwise plead. In support of this motion, Defendant states:

1. The undersigned counsel for Defendant City of Chicago were only recently assigned to this case. The City's answer other pleading was due on or about January 2, 2008.

2. In this complaint, Plaintiff sues the City and unknown individual defendant officers. The City and Plaintiff's counsel are working cooperatively regarding the identification of the unknown officers.

3. The identification of these officers may be accomplished within the next week. Thereafter, Plaintiff will be filing an amended complaint to name these Defendants.

4. Accordingly, the City requests that it be given an extension of time to answer or otherwise plead until ten days after the filing of Plaintiff's amended complaint.

5. The City and counsel for Plaintiff discussed this motion and Plaintiff does not oppose it.

6.	This motion is not brought for any improper purpose or delay.

**WHEREFORE**, the City respectfully requests that this Court grant it an extension of time to answer or otherwise plead until ten days after Plaintiff files her amended complaint.

**DATED: JANUARY 29, 2008**

                                              Respectfully submitted,

                                              MARA S. GEORGES
                                              Corporation Counsel

                           By:	/s/ Diane S. Cohen
                                  Diane S. Cohen
                                  Meera Werth
                                  Assistants Corporation Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836/2-7035

## **CERTIFICATE OF SERVICE**

I, Diane Cohen, an attorney, hereby certify that pursuant to Local Rule 5.9, in accordance with the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, Defendant's Motion for Extension of Time, this January 29, 2008, to:

    Michael Kanovitz
    312 N. May St., Ste. 100
    Chicago, IL 60607

    By: /s/Diane Cohen
        DIANE COHEN