IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KALISA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Nolan |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al. | ) | 07 C 6928 |
| | ) | |
| Defendants. | ) | |

**NOTICE MOTION**

**TO**:  See Certificate of Service

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT CITY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Pallmeyer, or before such other judge sitting in her place, on the 5th day of February 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: **JANUARY 28, 2008**

/S/Diane S. Cohen
DIANE S. COHEN
Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836