# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6928 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Kalisa Golden vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Defendant City's unopposed motion for an extension of time to answer or otherwise plead [13] granted to ten days after the filing of Plaintiff's amended complaint. Status hearing set for 2/19/2008 stricken. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 3/6/2008 at 9:00. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|