## United States District Court for the Northern District of Illinois

Case Number: 07CV6928   Assigned/Issued By: J. N.

Judge Name:   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☒ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

_2_ Original and _2_ copies on _2-20-08_ as to _SILVANA GIANNINI;_
                             (Date)
JAMES BRILL_____

_____

C:\wpwin80\docket\feeinfo.frm   03/14/05