UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KALISA GOLDEN,** | ) | |
| | ) | 07 C 6928 |
| **Plaintiff,** | ) | |
| | ) | Judge Pallmeyer |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | Jury Demand |
| **Defendants.** | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Arthur Loevy
      Michael Kanovitz
      LOEVY & LOEVY
      312 North May, Suite 100
      Chicago, Illinois  60607

   **PLEASE TAKE NOTICE** that on this 29th day of February 2008, I e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT**, a copy of which is herewith served upon you.

   **I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the persons named above this 28th day of February 2008.

                                            Respectfully submitted,

                                            MARA S. GEORGES
                                            Corporation Counsel
                                            for the City of Chicago


                                    By:     /s/Diane S. Cohen
                                            Diane S. Cohen
                                            Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836