U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 CV 06928 |
|---|---|
| KALISA GOLDEN, Plaintiff<br>v.<br>CITY OF CHICAGO, ET AL., Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS James Brill and Silvana Giannini

| NAME (Type or print) |
|---|
| SUSAN E. SULLIVAN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Susan E. Sullivan |

| FIRM |
|---|
| SWANSON, MARTIN & BELL, LLP |

| STREET ADDRESS |
|---|
| 330 N. WABASH STREET, SUITE 3300 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06238201 | (312) 321-9100 (ssullivan@smbtrials.com) |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |