UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KALISA GOLDEN,<br>    Plaintiff,<br>v.<br><br>CITY OF CHICAGO, and<br>POLICE OFFICER JAMES BRILL,<br>STAR NO. 6491, and POLICE<br>OFFICER SILVANA GIANNINI,<br>STAR NO. 11261,<br>    Defendants. | 07 C 6928<br><br>JUDGE PALLMEYER<br><br>MAGISTRATE JUDGE NOLAN<br><br>JURY TRIAL DEMANDED |

## JOINT INITIAL STATUS REPORT

Plaintiff Kalisa Golden, by and through her attorneys, Loevy & Loevy, and Defendants City of Chicago, Officer James Brill, and Officer Silvana Giannini, by their attorneys, Swanson, Martin & Bell, LLP, pursuant to FRCP 26(f) and this Court's case management procedures, jointly submit the following initial status report:

1.    Pursuant to FRCP 26(f), a meeting was held telephonically on April 14, 2008, and was attended by:

Michael I. Kanovitz for Plaintiff Kalisa Golden.

Susan E. Sullivan for Defendants City of Chicago, Officer James Brill, and Officer Silvana Giannini.

2.    The parties jointly propose to the Court the following discovery plan:

    a.    Discovery will be needed on the following subjects: The alleged incident and events of November 2, 2007, and Plaintiff's claims of injury and other damages.[1]

    b.    The parties have agreed to exchange their FRCP 26(a)(1) disclosures on or before May 15, 2008. Defendant Officers James Brill and Silvana Giannini will answer Plaintiff's Amended Complaint on or before May 8, 2008.

---

[1] Plaintiff's counsel indicated during the telephonic conference on April 14, 2008, that Plaintiff will move to dismiss without prejudice the *Monell* policy claims alleged against Defendant City of Chicago in Plaintiff's Amended Complaint in portions of Counts I, II, III and V. Defendants have no objection to this proposal. Thus, the parties do not anticipate engaging in *Monell* policy discovery.

   c.  The parties expect they will take approximately ten (10) depositions.

   d.  The parties request a status after the close of fact discovery with regard to setting a schedule for the disclosure of retained experts under FRCP 26(a)(2).

   e.  The parties should be allowed until August 15, 2008, to join additional parties and to amend the pleadings.

   f.  All potentially dispositive motions should be filed by on or before October 17, 2008.

   g.  Final pretrial order: Plaintiff will prepare the proposed draft order by December 12, 2008. The parties will file the joint final pretrial order by December 19, 2008.

   h.  The case should be ready for trial by January 7, 2009, and the expected length of trial is less than five (5) days.


3.  Plaintiff has tendered a settlement demand to counsel for Defendants. Defendants will respond to Plaintiff's demand on or before May 8, 2008.


4.  Consent: The parties do not unanimously consent to proceed before a Magistrate Judge at this time.


Respectfully submitted on April 15, 2008,


| | |
|---|---|
| Plaintiff Kalisa Golden | Defendants City of Chicago, James Brill and Silvana Giannini. |
| /s/ Michael I Kanovitz<br>Michael I. Kanovitz<br>Attorney for Plaintiff<br>Loevy & Loevy<br>312 N. May St., Ste. 100<br>Chicago, IL 60602<br>(312) 243-5900<br>Atty. No.<br>Email: mike@loevy.com | /s/ Susan E. Sullivan<br>Susan E. Sullivan<br>Attorney for Defendants<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash Ave., Ste. 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>Atty. No. 06238201<br>Email: ssullivan@smbtrials.com |