UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KALISA GOLDEN,<br>    Plaintiff,<br>v.<br><br>CITY OF CHICAGO, and<br>POLICE OFFICER JAMES BRILL,<br>STAR NO. 6491, and POLICE<br>OFFICER SILVANA GIANNINI,<br>STAR NO. 11261,<br>    Defendants. | 07 C 6928<br><br>JUDGE PALLMEYER<br><br>MAGISTRATE JUDGE NOLAN<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING

TO:   Plaintiff's Counsel of Record
      **See Attached Service List**

You are hereby notified that on **April 15, 2008**, the parties' **JOINT INITIAL STATUS REPORT** was filed with the Clerk of the United States District Court for the Northern District of Illinois, via its CM/ECF system, a copy of which is hereby served upon you.

                          Respectfully submitted,

                          SWANSON, MARTIN & BELL, LLP

          By:    __s/Susan E. Sullivan_____
                          Susan E. Sullivan
                          Counsel for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Ste. 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201
Email: ssullivan@smbtrials.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING** and **JOINT INITIAL STATUS REPORT** to be sent via e-filing to all attorneys of record on the attached Service List, on April 15, 2008.

                                                   s/Susan E. Sullivan
                                                   Susan E. Sullivan
                                                   Counsel for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Ste. 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:   (312) 321-0990
Atty. No. 06238201
Email: ssullivan@smbtrials.com

KALISA GOLDEN V. CITY OF CHICAGO, ET AL.
07 C 5841

SERVICE LIST

Arthur R. Loevy
Loevy & Loevy
312 N. May Street, Ste. 100
Chicago, IL 60607
(312) 243-5900
Email: loevylaw@loevy.com

Jonathan I. Loevy
Loevy & Loevy
312 N. May Street, Ste. 100
Chicago, IL 60607
(312) 243-5900
Email: jon@loevy.com

Michael I. Kanovitz
Loevy & Loevy
312 N. May Street, Ste. 100
Chicago, IL 60607
(312) 243-5900
Email: mike@loevy.com