UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kalisa Golden
                      Plaintiff,

v.                                        Case No.: 1:07–cv–06928
                                           Honorable Rebecca R. Pallmeyer

City of Chicago, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Rebecca R. Pallmeyer: Discovery hearing held on 4/17/2008. Rule 26(a)(1) disclosures to be made by 5/15/2008. Plaintiff is given to and including 8/15/2008 to amend all pleadings, and to 8/15/2008 to add any additional parties. Defendant is given to and including 8/15/2008 to amend all pleadings, and to 8/15/2008 to add any additional parties. Status hearing set for 6/24/2008 at 09:00 AM. Discovery ordered closed by 8/15/2008. Dispositive motions with supporting memoranda due by 10/17/2008. Plaintiff to prepare draft PTO by 12/12/2008; Joint Final Pretrial Order due by 12/19/2008. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.