# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6928 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Kalisa Golden vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Oral motion for leave to withdraw appearances of Diane S. Cohen and Meera Werth of City of Chicago, Law Department granted. Susan E. Sullivan to remain as counsel for all Defendants. Defendant Officers James Brill and Silvana Giannini will answer Plaintiff's Amended Complaint on or before 5/8/2008.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|