IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KALISA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 6928 |
| | ) | |
| CITY OF CHICAGO, POLICE OFFICER JAMES BRILL, STAR NO. 6491, and POLICE OFFICER SILVANA GIANNINI, STAR NO. 11261, | ) ) ) ) | JUDGE PALLMEYER JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have caused true and correct copies of the foregoing **Attorney Appearance** to be sent via the United States District Court for the Northern District of Illinois' CM/ECF system to all attorneys of record on March 8, 2008.

                 s/ Alison B. Crane
                 Alison B. Crane
                 One of the Attorneys for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
Office: (312) 321-9100
Fax: (312) 321-0990
Atty. No. 6289278
Email: acrane@smbtrials.com