IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KALISA GOLDEN,          )<br>                         )<br>        Plaintiff,     )<br>                         )<br>   v.                    )<br>                         )<br>CITY OF CHICAGO, POLICE OFFICER )<br>JAMES BRILL, STAR NO. 6491, and )<br>POLICE OFFICER SILVANA   )<br>GIANNINI, STAR NO. 11261, )<br>                         )<br>        Defendants.    ) | 07 C 6928<br><br>JUDGE PALLMEYER<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have caused true and correct copies of the foregoing **Defendants' Answer, Affirmative Defenses, and Federal Rule 12 (B)(6) Defenses to Plaintiff's Amended Complaint** to be sent via the United States District Court for the Northern District of Illinois' CM/ECF system to all attorneys of record on March 8, 2008.

                                                           s/ Alison B. Crane
                                                           Alison B. Crane
                                                           One of the Attorneys for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 6289278
Email: acrane@smbtrials.com