IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KALISA GOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 07 C 6928 |
| ) | |
| CITY OF CHICAGO, POLICE OFFICER ) | JUDGE PALLMEYER |
| JAMES BRILL, STAR NO. 6491, and ) | |
| POLICE OFFICER SILVANA ) | JURY TRIAL DEMANDED |
| GIANNINI, STAR NO. 11261, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO: Arthur Loevy
Michael Kanovitz
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607

You are hereby notified that on **May 8, 2008, Defendants' Answer, Affirmative Defenses, and Federal Rule 12(B)(6) Defenses to Plaintiff's Amended Complaint,** was filed with the Clerk of the United States District Court for the Northern District of Illinois, via its CM/ECF system, a copy of which has been served upon you.

Respectfully submitted,

SWANSON, MARTIN & BELL, LLP

By:   s/Alison B. Crane
Alison B. Crane
One of the Attorneys for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 6289278
Email: acrane@smbtrials.com