IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KALISA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 6928 |
| | ) | |
| CITY OF CHICAGO, POLICE OFFICER | ) | JUDGE PALLMEYER |
| JAMES BRILL, STAR NO. 6491, and | ) | |
| POLICE OFFICER SILVANA | ) | JURY TRIAL DEMANDED |
| GIANNINI, STAR NO. 11261, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have caused true and correct copies of the foregoing **Notice of Filing for Defendants' Answer, Affirmative Defenses, and Federal Rule 12 (B)(6) Defenses to Plaintiff's Amended Complaint** to be sent via the United States District Court for the Northern District of Illinois' CM/ECF system to all attorneys of record on March 8, 2008.

 

                                                                s/ Alison B. Crane
                                                                 Alison B. Crane
                                                                 One of the Attorneys for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:   (312) 321-0990
Atty. No. 6289278
Email: acrane@smbtrials.com