# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

KALISHA GOLDEN, Plaintiff
v.
CITY OF CHICAGO, ET AL, Defendants.

Case Number: 07 CV 06928

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS: James Brill, Silvana Giannini and the City of Chicago

| | |
|---|---|
| **NAME** (Type or print) <br> ARTHUR J. RELIFORD, JR. | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Arthur J. Reliford, Jr. | |
| **FIRM** <br> SWANSON, MARTIN & BELL, LLP | |
| **STREET ADDRESS** <br> 330 North Wabash, Suite 3300 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60611 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270485 | **TELEPHONE NUMBER** <br> 312-321-9100 (areliford@smbtrials.com) |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |