IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KALISA GOLDEN, | ) |
|       Plaintiff, | ) |
| v. | ) 07-C-6928 |
| CITY OF CHICAGO, POLICE OFFICER JAMES BRILL, STAR NO. 6491, and POLICE OFFICER SILVANA GIANNINI, STAR NO. 11261, | ) JUDGE PALLMEYER |
| | ) JURY TRIAL DEMANDED |
|       Defendants. | ) |

**NOTICE OF DEPOSITIONS**

TO:

    Susan Sullivan
    Swanson, Martin & Bell
    330 North Wabash
    Suite 3300
    Chicago, Illinois 60611

    Please take notice that on June 3, 2008 at 10:00 a.m., we will take the deposition of Defendant James Brill before a notary public of the State of Illinois pursuant to the federal rules of civil procedure.

/s/ Michael Kanovitz
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607

**CERTIFICATE OF SERVICE**

    I, Michael Kanovitz, an attorney, certify that on May 16, 2008 I delivered by email a copy of this Notice to counsel of record for the Defendants.

                                        /s/ Michael Kanovitz
                                        Attorneys for Plaintiffs


EXHIBIT A