## Michael Kanovitz

**From:** Michael Kanovitz [mike@loevy.com]
**Sent:** Friday, May 16, 2008 9:33 AM
**To:** 'Susan Sullivan'
**Subject:** Kalisa Golden v. City of Chicago, et.al. Brill Dep Notice

Dear Susan,

Attached is a deposition notice for Officer Brill. If there is a date conflict please let me know within a few days so that we can reschedule quickly.

Thanks,

Mike Kanovitz

6/2/2008


EXHIBIT B