## Michael Kanovitz

**From:** Susan Sullivan [ssullivan@smbtrials.com]
**Sent:** Monday, June 02, 2008 2:57 PM
**To:** Michael Kanovitz
**Cc:** Kevin Boyle; Art Reliford; Alison Crane
**Subject:** RE: Golden v. City of Chicago, et al.

Mike,

I obviously have to be given opportunity to review the answers. Assuming that Ms. Golden answers in good faith, and I do not receive blanket objections, refusals to respond, or "investigation continues" to the requests, I will produce Officer Brill on June 11, 2008. I have already confirmed he is available. I have no intention of attempting to cancel or reschedule the deposition as long as plaintiff's discovery answers are complete.

I am acting in good faith Mike, and if you feel the need to bring a motion to compel regardless, so be it. I cannot be bullied into committing to produce Officer Brill "definitely" no matter what the discovery responses may state in the way of objections or refusals to respond or produce documents. I hope that we are able to work this matter out without court intervention, but I feel that my position is more than reasonable.

Thanks,
Susan


Susan E. Sullivan
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
Direct: (312) 222-8558
Main Number: (312) 321-9100
Fax: (312) 321-0990
ssullivan@smbtrials.com

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone or by electronic mail, and delete this message and all copies and backups thereof. Thank you.

> -----Original Message-----
> **From:** Michael Kanovitz [mailto:mike@loevy.com]
> **Sent:** Monday, June 02, 2008 2:29 PM
> **To:** Susan Sullivan
> **Subject:** RE: Golden v. City of Chicago, et al.
>
> Will you commit to produce him on the 11th if we respond to discovery by the 6th meaning that he will *definitely* sit on the 11th if we respond by the 6th? I need to know today for sure because I want to notice the motion for this week.
>
> **From:** Susan Sullivan [mailto:ssullivan@smbtrials.com]
> **Sent:** Monday, June 02, 2008 2:22 PM


EXHIBIT C

6/2/2008

**To:** Michael Kanovitz
**Cc:** Kevin Boyle; Art Reliford; Alison Crane
**Subject:** RE: Golden v. City of Chicago, et al.

Mike,

I do not agree with your position. We have the right to know facts and information plaintiff has and upon which she bases her claims and what documents, if any, she has to support her claims before we proceed with Officer Brill's deposition. As I stated, I will be happy to produce Officer Brill as soon as we have plaintiff's responses to the discovery. Fact discovery is open until August 15, 2008. Thus far you have sent one deposition notice for Officer Brill in which you unilaterally scheduled a date to proceed. I have agreed to produce Officer Brill as soon as we have sufficient answers to his written discovery request. I do not believe that the judge will consider granting your motion to compel given these circumstances.

If plaintiff agrees to answer the discovery by this Friday, June 6, 2008, and produce copies of her medical records which she can easily obtain with an authorization, I would be happy to see if Officer Brill is available for his deposition June 11, 2008. I have also enclosed a protective/HIPPA order to be entered to protect plaintiff's medical records. Please let me know how you wish to proceed.

Thanks,
Susan


Susan E. Sullivan
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
Direct: (312) 222-8558
Main Number: (312) 321-9100
Fax: (312) 321-0990
ssullivan@smbtrials.com

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone or by electronic mail, and delete this message and all copies and backups thereof. Thank you.

-----Original Message-----
**From:** Michael Kanovitz [mailto:mike@loevy.com]
**Sent:** Monday, June 02, 2008 2:04 PM
**To:** Susan Sullivan
**Subject:** RE: Golden v. City of Chicago, et al.

Susan,

This is not acceptable. I have trials at the end of June, Middle of July and August. That is why I scheduled Brill's deposition for early June. I cannot think of any reason why Brill would need to conduct written discovery before giving his own account of the events. I would ask that you produce him tomorrow as noticed. On the assumption that you will not reconsider your refusal to produce your client I am going to file a motion to compel. Presently I am available to take the deposition on Monday the 9th and Wednesday the 11th. After than I am very unavailable given my trial schedule and other demands. If you can confirm one of those two dates I will withdraw the motion.

Sincerely,
Mike Kanovitz

6/2/2008

**From:** Susan Sullivan [mailto:ssullivan@smbtrials.com]
**Sent:** Monday, June 02, 2008 1:27 PM
**To:** Michael Kanovitz
**Cc:** Kevin Boyle; Art Reliford; Alison Crane
**Subject:** Golden v. City of Chicago, et al.

Mike,

I will not be producing Officer Brill tomorrow for deposition. Defendants would prefer to complete written discovery before the depositions proceed. I have enclosed Officer Brill's interrogatories and production request to plaintiff, which I will also send today via facsimile. I and also writing to confirm that I have not received any written requests from plaintiff to either defendant.

Please let me know what dates you are available the second week of July to reschedule Officer Brill's deposition. If we receive plaintiff's response to the discovery prior to that and do not have any discovery issues to work out, I would be happy to produce Officer Brill sooner.

Thanks,
Susan


Susan E. Sullivan
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois  60611
Direct:  (312) 222-8558
Main Number:  (312) 321-9100
Fax:  (312) 321-0990
ssullivan@smbtrials.com

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone or by electronic mail, and delete this message and all copies and backups thereof.  Thank you.