IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KALISA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 6928 |
| | ) | |
| CITY OF CHICAGO, POLICE OFFICER | ) | JUDGE PALLMEYER |
| JAMES BRILL, STAR NO. 6491, and | ) | |
| POLICE OFFICER SILVANA | ) | JURY TRIAL DEMANDED |
| CIANNINI, STAR NO. 11261, | ) | |
| | ) | |
| Defendants. | ) | |

## OFFICER JAMES BRILL'S
## FIRST REQUEST TO PRODUCE TO PLAINTIFF KALISA GOLDEN

Defendant, JAMES BRILL, ("Officer Brill"), by one of his attorneys, Susan E. Sullivan of SWANSON MARTIN & BELL, LLP, pursuant to Rule 33 of the Federal Rules of Civil Procedure, requests that plaintiff, KALISA GOLDEN, produce the following documents and tangible things within thirty (30) days of service of this request:

1. Any and all statements of any of the parties (or officers, agents and employees thereof), whether written, oral, stenographic, electronically recorded, or otherwise.

2. The statement of any witnesses or person claiming to be a witness of the occurrence, whether written, oral, stenographic, electronically recorded, or otherwise.

3. The statement of any person, other than your attorney, who has knowledge of this lawsuit, the facts concerning the incident of which you complain, or the injuries and losses you claim as damages, whether written, oral, stenographic, electronically recorded, or otherwise.

4. Any and all photographs, slides, tapes (video or audio), and drawings of (a) the scene of the occurrence; (b) the parties and witnesses; (c) any objects involved; (d) any physical


EXHIBIT D

injuries or damages allegedly sustained by the plaintiffs.

5. Any and all reports, records, files and/or documents relating to any physical or mental injuries suffered by the plaintiff a result of the incident complained of.

6. Any and all documentation as to the physical or mental condition of the plaintiff prior and subsequent to the alleged occurrence including, inter alia, injuries sustained in other accidents.

7. Any and all bills for medical services, including but not limited to bills from hospitals, clinics, doctors, laboratories, physical therapists and radiologists relating to the incident complained of.

8. The title in effect on November 2, 2007 for the vehicle plaintiff drove on the night of the alleged incident;

9. The insurance policy in effect on November 2, 2007 for the vehicle plaintiff drove on the night of the alleged incident;

10. Any and all other bills and receipts showing any other expenditures by the Plaintiff which are claimed as damages in this case, including attorney's bills.

11. All documentation of lost wages, earnings, or income allegedly sustained by the plaintiff as a result of the incidents or injuries which form the basis for the complaint in this action.

12. Plaintiff's Federal Income Tax Returns, including W-2 forms, for the years 1998 through 2008, inclusive.

13. Any and all physical evidence, objects and tangible things the plaintiffs and/or her attorney have knowledge of concerning or relating to the incident alleged in the complaint.

14. Any and all reports or documents referred to or identified in answer to Defendant

Brills' First Set of Interrogatories to Plaintiff.

15. All documents indicating the identity, location and telephone number of any witness to the arrest or wrongdoing alleged in plaintiff's complaint.

16. All documents relating to communications or contacts between the plaintiff and any person (other than her attorney) concerning the subject matter of the complaint.

17. Any and all documents upon which you base your allegations that you were falsely arrested or illegally detained.

18. Any and all documents upon which you base your allegations that the officers illegally seized your vehicle.

19. Any and all documents upon which you base your allegations that the officer conspired against you.

20. Any and all documents upon which you base your allegations that the officers used excessive force or battered you.


In the event that the plaintiff withholds any document covered by this request, defendant further request plaintiff to identify each such document together with the following information:

    a)    The date of the document;

    b)    A brief description of the subject matter of the document;

    c)    The name of each author or preparer and an identification of each such person;

    d)    The name of each person who was sent or furnished with the document, received, viewed or has had custody of the document, together with an identification of each such person.

    e)    The reason for withholding;

    f)    A statement of facts constituting the basis for any claim of privilege, work

product or other ground of non-disclosure; and

g)   The paragraph of this request to which the document relates.  In the case of any document relating in any way to a meeting or any other conversation, all participants in the meeting or conversation are to be identified.


Respectfully Submitted,


_____
Susan E. Sullivan
Counsel for Officer James Brill


Susan E. Sullivan
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KALISA GOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 07 C 6928 |
| ) | |
| CITY OF CHICAGO, POLICE OFFICER ) | JUDGE PALLMEYER |
| JAMES BRILL, STAR NO. 6491, and ) | |
| POLICE OFFICER SILVANA ) | JURY TRIAL DEMANDED |
| CIANNINI, STAR NO. 11261, ) | |
| ) | |
| Defendants. ) | |

## OFFICER JAMES BRILL'S
## FIRST SET OF INTERROGATORIES TO PLAINTIFF KALISA GOLDEN

Defendant, JAMES BRILL ("Officer Brill"), by one of his attorneys, Susan E. Sullivan of SWANSON MARTIN & BELL, LLP, pursuant to Rule 33 of the Federal Rules of Civil Procedure, requests that plaintiff, KALISA GOLDEN, answer each of the following Interrogatories individually, separately, in writing and under oath within thirty (30) days.

### INTERROGATORIES

**INTERROGATORY NO. 1:**

State your full name, date and place of birth, social security number, driver's license number, present residential address, and all past residential addresses you have had within the last ten (10) years, and if you have ever been known by any other name, please state all names by which you have been known, the dates of use of each such name, and the reasons for any change of name.

**ANSWER:**

## INTERROGATORY NO. 2:

State whether you are or have ever been married? If yes, please state the following for each spouse:

    a)     the name, age, birth date, social security number, current residential address, occupation, and employer for each spouse; and

    b)     the current status of the marriage (marries, separated, divorced, etc.);

## ANSWER:

## INTERROGATORY NO. 3:

State whether you have any children. If yes, for each child, please state the child's name, the father's name, and the child's age, birth date, social security number, and current residential address.

## ANSWER:

## INTERROGATORY NO. 4:

Identify each occupation or job in chronological order, for the past ten (10) years, and, with respect to each employer, state:

    a)     the name and address of each employer;
    b)     the date of commencement and termination of each such employment;
    c)     the position(s) you held in each such employment;
    d)     a general description of your job duties when you began and any subsequent changes in job duties for each such employment;
    e)     the weekly average wages or earnings in each such employment;
    f)     whether a physical examination was required prior to employment, and if

2

      so, the place, date and person giving such examination;

g)    the name of your immediate foreman, supervisor or superior at each such place of employment;

h)    whether you were ever subject to any disciplinary proceedings at each such employment; and,

i)    the reason for your termination of each such employment.

**ANSWER:**

**INTERROGATORY NO. 5**:

Have you ever been involved in any civil action, either as a defendant or plaintiff? If so, state:

a)    The date, court and docket number of each action filed;

b)    The name of the parties involved and the attorneys representing each party;

c)    Describe the nature of each such action;

d)    The disposition of each such action whether or not there was an appeal, and if so, the result thereof, including the name and citation of each case; and

e)    The amount of any settlement or judgment obtained in each such case.

**ANSWER**:

### INTERROGATORY NO. 6:

Were any photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits, or any other representations, which are related to the allegations of the complaint, made or taken; if so, state and identify (1) the date(s) on which the photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits or any other representations were made or taken, (2) who made or took the photographs, tapes (video or audio), slides, movies, pictures, drawings, demonstrative exhibits or any other representations, and (3) who now has custody of such photographs, tapes (video or audio), slides, movies, pictures, drawings, or other representations.

**ANSWER:**

### INTERROGATORY NO. 7:

State the following information regarding the vehicle that you were driving on November 2, 2007:

    a) The make, model, and year of the vehicle;
    b) The title owner of the vehicle on November 2, 2007;
    c) The vehicle identification number;
    d) Whether the vehicle was insured on the date of the incident, if yes, state the insurance company, the date of the policy, the persons covered under the policy, the policy number, and produce a copy of the policy ; and
    e) State whether you are still in possession of the vehicle.

**ANSWER:**

**INTERROGATORY NO. 8**:

State whether you had, in your possession and on your physical person, a valid driver's license at the time of the alleged incident on November 2, 2007. If not, indicate the physical location of the license at the time of the incident:

**ANSWER**:

**INTERROGATORY NO. 9**:

State, list and itemize each item of monetary loss that you claim in this action.

**ANSWER**:

**INTERROGATORY NO. 10**:

List and itemize any and all expenses, including, but not limited to attorneys' fees incurred by you as a result of this occurrence alleged in your complaint along with a description as to the reason for each expense.

**ANSWER**:

## INTERROGATORY NO. 11:

Are you claiming any loss of income or job opportunities of any kind as a result of the incidents or injuries alleged in the complaint? If so, state:

    a)     The total gross and net income allegedly lost, the total number of work days lost, and the period of time over which said income was lost or the specific job opportunities lost;
    b)     The claimed source of any lost income, including the name, address and telephone number of each such source;
    c)     The manner, that is, by daily rate, weekly, monthly, etc., in which you computed the amount of any claimed loss;
    d)     The date or inclusive dates on which you were unable to work;
    e)     Your present earnings per month; and
    f)     List your annual income for the years 1998 through 2007, as reported to the United States Internal Revenue Service, and your 2008 income to date.

**ANSWER:**

## INTERROGATORY NO. 12:

Identify, each and every individual who witnessed, or claims to have witnessed, the occurrences, injuries, or damages alleged in the complaint and as to each person identified state the nature and substance of what they witnessed, any additional knowledge they have of the incident or alleged damages, and state whether you, your attorneys or agents or anyone acting on your behalf have taken any statements, signed or unsigned, from such persons written or oral and, if so, identify who has custody of each such statement. "Identify" means to state: (I) his/her full name; (ii) present residence address or last known residence address and telephone number; (iii) his/her present or last known employer and address of such employer; and, (iv) whether the individual was ever employed by any party to this action, and if so, the name of such party, the inclusive dates of the individual's employment by such party and the last position held by the person as an employee of such party.

**ANSWER:**

**INTERROGATORY NO. 13:**

Identify each and every individual (not previously identified in Interrogatory No. 12) that you have spoken to about the incident or that has any knowledge with respect to the incident that is the subject to this lawsuit, the wrongful and improper conduct alleged to have occurred and each and every injury or damage complained of. As to each person identified, provide the name, current address and telephone number of such persons, state the nature and substance of their knowledge and state whether you, your attorneys or agents or anyone acting on your behalf have taken any statements, signed or unsigned, from such persons written or oral and, if so, identify who has custody of each such statement. "Identify" means to state: (I) his/her full name; (ii) present residence address or last known residence address and telephone number; (iii) his/her present or last known employer and address of such employer; and, (iv) whether the individual was ever employed by any party to this action, and if so, the name of such party, the inclusive dates of the individual's employment by such party and the last position held by the person as an employee of such party.

**ANSWER:**

**INTERROGATORY NO. 14:**

Have you ever been arrested, detained or cited by a police officer, or other law enforcement, regulatory or administration official, for any offense (including juvenile offenses or, ordinance, traffic or code violations) prior to or subsequent to November 2, 2007? If yes, state for each arrest, detention or citation:

    a)    The date on which you were arrested, detained or cited;
    b)    Identify the law enforcement agency and officers who arrested, detained or cited you;
    c)    Identify the charge(s) filed or cited against you;
    d)    Identify the judicial jurisdiction in which the arrest, detention or citation occurred;
    e)    State whether you pleaded guilty or not guilty;
    f)    State the name and location of each Court wherein you appeared and the dates of all Court appearances;

      g)     If the arrest, detention or citation resulted in a judicial, administrative or regulatory disposition, state:
- i)     the Court, or administrative or regulatory agency;
- ii)    the judge or administrative or regulatory hearing officer;
- iii)   the charges; and
- iv)   the disposition of those charges.

**ANSWER:**

### **INTERROGATORY NO. 15:**

Identify all experts who are expected to testify on your behalf at trial in this action, and, with respect to each said expert, state:

- a)    The subject matter on which the expert is expected to testify and the nature of his expert testimony;
- b)    the basis of the person's expertise;
- c)    the substance of the facts to which the expert is expected to testify;
- d)    the substance of the opinions to which the expert is expected to testify and the grounds for each opinion;
- e)    identify all documents constituting the conclusions, opinions and/or reports of each expert and all documents each expert examined, relied on and included into or omitted from his data base in forming his conclusions or opinions;
- f)    whether the expert has ever been a witness in any other lawsuit and, if so, for each lawsuit give (I) the caption of the lawsuit; (ii) the type of claim involved; (iii) the name and location of the court where the suit was pending; (iv) the name and address of the party and their attorney for whom the expert gave testimony, (v) whether this party was a plaintiff or defendant; and
- g)    the fee or hourly rate the expert is being paid.

**ANSWER:**

### INTERROGATORY NO. 16:

Describe in detail any and all injuries (physical, emotional or mental) you claim were sustained by you as a result of the occurrences which form the basis for your complaint. With regard to each such injury, did you receive or are you receiving any medical care or treatment (including, but not limited to psychiatric, psychological or other professional care or treatment)? If so, identify:

- a) any hospital, mental institution, mental health center or other medical institution you were admitted or treated at for the injuries allegedly sustained by you as a result of the occurrence involved in this case;
- b) each attending, consulting, or treating physician, psychiatrist, or other health care professional;
- c) each person or laboratory taking an x-ray of you;
- d) the date or inclusive dates of examination, care or treatment by each such health care professional or facility who rendered you service, and the date(s) of admission and discharge as to each facility;
- e) the nature of the care or treatment rendered by each such person or facility and the reason(s) for each treatment or hospitalization; and
- f) the amounts to date of their respective bills for service.

### ANSWER:


### INTERROGATORY NO. 17:

Have you or your attorney received any written report by any health care professional or health care facility concerning any injuries (physical, emotional or mental) you claim to have sustained as a result of the incidents which form the basis of your complaint? If so, please state:

- a) The date each report was made;
- b) The name, address, and profession or occupation of the person making the report;
- c) The name, address and telephone number of the person who has present possession of the report or any copy of it; and
- d) A brief description of the contents of the report.

### ANSWER:

**INTERROGATORY NO. 18:**

Since November 2, 2007, have you been admitted to a hospital or medical institution, or sought treatment at any emergency room of any hospital or medical institution, x-rayed, or been under the treatment or care of a physician, psychiatrist or other health care professional or facility for medical problems other than those associated with the incidents or injuries which form the basis for your complaint (as listed in response to Interrogatory No. 16)? If so, state:

   a)   the name, address and telephone number of each such hospital, clinic, technician, physician, psychiatrist, or other healthier care professional or facility;
   b)   the approximate dates of the confinement, treatment or service; and
   c)   the reason for such confinement, treatment or service.

**ANSWER:**

**INTERROGATORY NO. 19:**

Are you currently or have you ever received any disability benefits for any physical, mental or emotional illness, condition or injury form any source, including but not limited to, a private employer, a private insurer, the Social Security Administration, the Illinois Department of Public Aid, etc? If so, list as to each benefit:

   a)   the name and address of the source of the benefit;
   b)   the nature of the disability involved;
   c)   the period of time (month and year) during which the disability benefit was provided; and,
   d)   the nature and amount of the benefit.

**ANSWER:**

**INTERROGATORY NO. 20:**

Prior to November 2, 2007, had you ever been admitted to any hospital or other medical institution, or sought treatment at any emergency room of any hospital or medical institution, x-rayed, or been under the treatment and care of any physician, psychiatrist, psychologist, mental health care practitioner or other health care practitioner or facility? If so, please identify:

    a)    the full name and address of each such hospital or other medical institution and each such physician, psychologist, mental health care practitioner, or other health care practitioner.

    b)    the inclusive dates of confinement at each such hospital or medical institution and the dates of treatment by any such physician, psychologist, mental health care practitioner or other health care practitioner.

    c)    the reason for our confinement in such hospital or medical institution or treatment by the health case practitioner, and the condition or conditions for which you were treated by such physician, psychiatrist, psychologist, mental health care practitioner, or other health care practitioner.

**ANSWER:**

**INTERROGATORY NO. 21:**

Identify each and every fact, statement, document or other evidence upon which you base your allegation that you were falsely arrested and illegally detained as you allege in Counts I and II of your Amended Complaint.

**ANSWER:**

**INTERROGATORY NO. 22:**

Identify each and every fact, statement, document or other evidence upon which you base your allegation that the defendants used excessive force and battered you as you allege in Counts III and IV of your Amended Complaint. For each officer, please also state with particularity what physical actions constituted excessive force and battery.

**ANSWER:**

**INTERROGATORY NO. 23:**

Identify each and every fact, statement, document or other evidence upon which you base your allegations that the vehicle you were driving was illegally seized as you allege in Cont V of your Amended Complaint.

**ANSWER:**

**INTERROGATORY NO. 24:**

Identify each and every fact, statement, document or other evidence upon which you base your allegation that the defendants conspired against you allege in Count V of your Amended Complaint. State all persons party the alleged conspiracy and for each officer, please also state with particularity what actions each officer tool in furtherance of the alleged conspiracy.

**ANSWER:**

12

Respectfully Submitted,

_____

Susan E. Sullivan
Counsel for Officer Jams Brill

Susan E. Sullivan
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201