IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KALISA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07-C-6928 |
| | ) | |
| CITY OF CHICAGO, POLICE OFFICER | ) | JUDGE PALLMEYER |
| JAMES BRILL, STAR NO. 6491, and | ) | |
| POLICE OFFICER SILVANA | ) | |
| GIANNINI, STAR NO. 11261, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**NOTICE OF MOITON**

TO:

Susan Sullivan
Swanson, Martin & Bell
330 North Wabash
Suite 3300
Chicago, Illinois 60611

Please take notice that on June 5, 2008 at 8:45 a.m., I will appear before Judge Pallmeyer in the courtroom usually occupied by her at 219 S. Dearborn in Chicago, IL., and then and there present the attached motion to compel.

/s/ Michael Kanovitz
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607

**CERTIFICATE OF SERVICE**

I, Michael Kanovitz, an attorney, certify that on June 3, 2008 I delivered by email a copy of this Notice to counsel of record for the Defendants.

/s/ Michael Kanovitz
Attorneys for Plaintiffs