# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6928 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Kalisa Golden vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to compel Defendant Brill to appear for a deposition on June 11, 2008 [35] granted. A party is not entitled to review the opponent's documents before giving deposition testimony concerning his own knowledge of the relevant events. *See* FED. R. CIV. P. 26(d)(2). Defendant Brill to appear for his deposition on 6/11/2008.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|