# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6928 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Kalisa Golden vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/14/2008. Close date for fact discovery extended to 9/4/2008. Status hearing set for 9/15/2008 at 9:00.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|