IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KALISA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 6928 |
| | ) | |
| CITY OF CHICAGO, POLICE OFFICER | ) | JUDGE PALLMEYER |
| JAMES BRILL, STAR NO. 6491, and | ) | |
| POLICE OFFICER SILVANA | ) | JURY TRIAL DEMANDED |
| GIANNINI, STAR NO. 11261, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE DISOVERY UNTIL SEPTMEBER 22, 2008 TO TAKE THE DEPOSITION OF DR. STEFANIUK**

Defendants, City of Chicago, Officer James Brill, and Officer Silvana Giannini, jointly referred to as ("Defendants"), by one of their attorneys, Susan E. Sullivan of SWANSON MARTIN & BELL, LLP, as Special Assistant Corporation Counsel, without opposition by Plaintiff Kalisa Golden, ("Plaintiff") respectfully request that this Honorable Court enlarge the time period to complete fact discovery until September 22, 2008 to take the deposition of Plaintiff's emergency room physician, Mark Stefaniuk, M.D.  In support of this motion, Defendants state as follows:

1. At the last status on August 14, 2008, Defendants requested additional time to subpoena records and to take the deposition of Plaintiff's emergency room physician, Mark Stefaniuk.  The Court granted Defendants' request and extended discovery until September 4, 2008.

2. Defendants served subpoenas upon Mercy Hospital, Plaintiff's physicians at Mercy Hospital, and Plaintiff's employer.  Defendants also sent a subpoena for deposition by

way of certified mail to Dr. Stefaniuk at Mercy Hospital.

    3.    Dr. Stefaniuk has agreed to proceed with his deposition on September 22, 2008. Counsel for both parties are also available to proceed with Dr. Stefaniuk's deposition on that date.

    4.    This motion is unopposed by Plaintiff. Defendants did not file this motion for the purpose of undue delay, nor will any prejudice result to Plaintiff by the granting of this motion.

WHEREFORE, Defendants City of Chicago, Officer James Brill, and Officer Silvana Giannini respectfully request that this Honorable Court enlarge the time period to complete fact discovery until September 22, 2008 for the limited purpose of allowing Defendants to take the deposition of Plaintiff's emergency room physician, Mark Stefaniuk, M.D.

Respectfully submitted,

SWANSON, MARTIN & BELL, LLP

By:    /Susan E. Sullivan_____
Susan E. Sullivan
Counsel for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201
Email: ssullivan@smbtrials.com