IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KALISA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 6928 |
| | ) | |
| CITY OF CHICAGO, POLICE OFFICER | ) | JUDGE PALLMEYER |
| JAMES BRILL, STAR NO. 6491, and | ) | |
| POLICE OFFICER SILVANA | ) | JURY TRIAL DEMANDED |
| GIANNINI, STAR NO. 11261, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Michael Kanovitz
      Roshna Balasubramanian
      Loevy & Loevy
      312 North May Street, Suite 100
      Chicago, IL 60607

      You are hereby notified that on **Monday, September 15, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer, Presiding in Room 2119, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **DEFENDANTS' UNOPPOSED MOTION TO ENLARGE DISOVERY UNTIL SEPTMEBER 22, 2008 TO TAKE THE DEPOSITION OF DR. STEFANIUK**, a copy of which is hereby served upon you.

                          Respectfully submitted,

                          SWANSON, MARTIN & BELL, LLP

               By:    /Susan E. Sullivan_____
                      Susan E. Sullivan
                      Counsel for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201
Email:  ssullivan@smbtrials.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' UNOPPOSED MOTION TO ENLARGE DISOVERY UNTIL SEPTMEBER 22, 2008 TO TAKE THE DEPOSITION OF DR. STEFANIUK** to be sent via e-filing to all attorneys of record listed below on September 11, 2008.

TO:    Michael Kanovitz
        Roshna Balasubramanian
        Loevy & Loevy
        312 North May Street, Suite 100
        Chicago, IL 60607

                    By:    /Susan E. Sullivan_____
                                Susan E. Sullivan
                                Counsel for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201
Email:  ssullivan@smbtrials.com