## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6928 | **DATE** | 9/12/2008 |
| **CASE TITLE** | Kalissa Golden vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Defendants' unopposed motion to enlarge discovery until September 22, 2008 to take the deposition of Dr. Stefaniuk [42] granted. Status hearing set for 9/15/2008 stricken and reset to 9/29/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|